FILED

2017 DEC -6 PM 4: 31

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) ) | JUDGE   JUDGE POLSTER |
| v. | ) ) | |
| PHILIP SMITH, | ) ) | CASE NO. 1:17 CR 510 |
| Defendant. | ) ) | Title 18, Section 922(g)(1), United States Code |

### COUNT 1

The Grand Jury charges:

On or about October 25, 2017, in the Northern District of Ohio, Eastern Division, PHILIP SMITH, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, those being: Felonious Assault, on or about October 28, 2010, in Case Number CR-10-536062-A, in Cuyahoga County Common Pleas Court; Felonious Assault and Aggravated Robbery, on or about April 12, 2004, in Case Number CR-03-441478-ZA, in Cuyahoga County Common Pleas Court, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Taurus PT111 .9mm caliber semi-automatic handgun, bearing serial number TJM44867, and twenty (20) rounds of .9mm caliber ammunition, all in violation of Title 18, Section 922(g)(1), United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.